**Larry D. Compton, Chapter 13 Trustee**
**1007 W. 3rd Ave, Suite 200**
**Anchorage, AK  99501**
**Tel. (907) 276-6660   Fax (907) 258-3348**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ALASKA

In re:                                              )
                                                      )
SHAWN A. RUDNICK,                          )    Case No.:   A12-00170-GS
                                                      )    Chapter 13
                                                      )
                          Debtor(s).        )

---

### ORDER CONFIRMING AMENDED CHAPTER 13 PLAN

The debtor's Amended Chapter 13 Plan was filed on September 12, 2012, and transmitted to creditors in accordance with Bankruptcy Rule 3015.  This court finds the amended plan meets requirements of 11 USC Sec. 1325.

**IT IS ORDERED** that the debtor's Amended Chapter 13 Plan is confirmed, with the following provisions:

1.  The debtor will make payments in the sum of $735.00 per month beginning December 19, 2012, and continuing on the same date each month, for a period of 53 months. The trustee has received $6,023.70 in preconfirmation payments, representing 6 payments of $735.45 each, 1 payment of $735.00, and the debtor's 2012 Alaska Permanent Fund Dividend in the amount of $876.00.  In addition, the debtor will submit to the trustee his Alaska Permanent Fund Dividends for 4 more years.  He will also submit any tax refunds received during the term of the plan.  The payments shall be made to the standing trustee: Larry D. Compton, 1007 W. 3rd Ave, Suite 200, Anchorage, Alaska 99501.

2.  All court costs due the Clerk of the United States Bankruptcy Court shall be paid as a cost of administration as they accrue.

DATED:  This 26th day of November 2012.

/s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Serve:  **Chris Johansen, Esq.**

   **Larry D. Compton, Trustee**

   **U.S. Trustee**

   **Case Manager (ch 13 debt ed)**